IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:03-00155-02

MONICA LORRAINE AMAKER

MEMORANDUM OPINION AND JUDGMENT ORDER

The court is proceeding on its own motion, pursuant to 18
U.S.C. § 3582(c)(2), to determine defendant's eligibility for a
reduction in her sentence based on a subsequent reduction in the
applicable sentencing guideline.  On November 1, 2007, the United
States Sentencing Guidelines were amended to reduce by two levels
the guidelines in Section 2D1.1 for cocaine base (also known as
crack).  Subsequently, the Sentencing Commission amended Section
1B1.10 to make the crack amendment retroactive, effective March
3, 2008.  Pursuant to the court's Standing Order, this case was
designated for Standard consideration on November 17, 2008.

The Court has received and considered the original
Presentence Investigation Report (PSI), Judgment and Commitment
Orders and Statements of Reasons, addendum to the PSI received
from the Probation Office, and any materials submitted by the
parties on this issue.  The Court has also considered the
applicable factors under 18 U.S.C. § 3553(a), consistent with
§ 3582(c)(2), and public safety.

Based on the foregoing considerations, the motion is **GRANTED**.  The Court **ORDERS** that Defendant's base offense level be reduced by two levels, resulting in a new total offense level of 24.  It is further **ORDERED** that Defendant's previous sentence be reduced to a period of 66 months, with credit for time served to date.  This Order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(C).

The Clerk is DIRECTED to send a copy of this Memorandum Opinion and Judgment Order, as well as the Order Regarding Motion for Sentence Reduction (AO 247) filed this day, to defendant, counsel of record, the Federal Public Defender, the United States Marshal for the Southern District of West Virginia, and to the United States Probation Office for forwarding to the Sentencing Commission and Bureau of Prisons.

It is SO ORDERED this 9th day of July, 2009.

ENTER:

David A. Faber
Senior United States District Judge