```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NOS. 1:03-00155-02
                                                    2:05-00149

MONICA LORRAINE AMAKER

## MEMORANDUM OPINION AND ORDER

On June 30, 2020, upon the recommendation of the United States Probation Office, the court ordered defendant's term of supervised release terminated immediately, in accordance with 18 U.S.C. 3583(e)(1).  At that time, Ms. Amaker was serving terms of supervised release in two different cases, both of which are listed in the caption above.  However, the Order Granting Early Termination of Supervised Release was entered only in the Charleston case.  See ECF No. 122.  This was an oversight. Therefore, for the reasons expressed in that June 30, 2020 Order, it is **ORDERED** that defendant be released from her terms of supervised release in both cases, effective immediately.

The motions in these cases seeking to reduce sentence and/or early termination from supevised release, see ECF Nos. 120 (Charleston case), 252 and 253 (Bluefield case), are **DENIED** as moot.

The Clerk is directed to send a copy of this Order to Ms. Amaker, to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 24th day of July, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge